1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

ALBERT M. MARK,

                          Plaintiff,

            vs.                                    C06-880 JPD

SEATTLE DEPARTMENT OF
TRANSPORTATION, Street Use
Division,

                          Defendant.               **MINUTE ORDER**

        The above referenced case has been initially assigned to the Honorable James P.
Donohue, United States Magistrate Judge, subject to the consent of the parties pursuant
to 28 U.S.C. 636(c)(1)(C).

        On June 23, 2006, notice of the parties rights with regard to consenting to the case
being assigned to Magistrate Judge Donohue for all purposes was filed by the Clerk of
Court.  The parties were advised they had until August 4, 2006, to consent, if they
wished.

        In the interim, a Motion for Summary Judgment has been filed and noted for July
21, 2006.  Accordingly, pending dates are adjusted as follows:

1

2 Consent to Assignment to Magistrate Judge Donohue        July 7, 2006

3

4         In the event the parties (or any party) choose not to consent, the case will be

5 reassigned to a District Judge.

6

7

8                                Dated this 27th day of June, 2006

9

10                               Bruce Rifkin
                                 Clerk of Court

11

12                               by:   /s/   PETER H. VOELKER
                                         Peter H. Voelker, Deputy Clerk

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28